UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

**FILED**
OCT -5 2007
CLERK

| | |
|---|---|
| IN RE:<br>JAMES WRIGHT PORTER, a/k/a<br>JIM PORTER, and<br>JAMES PORTER,<br><br>　　　　Debtor. | Case No. 06-10119<br>Chapter 7 |
| NATHAN JOHNSON, ROBERT D.<br>JOHNSON AND NORTHLAND<br>AUTO CENTER, INC.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAMES WRIGHT PORTER,<br>a/k/a JAMES W. PORTER,<br><br>　　　　Defendant. | Adv. No. 07-1004<br><br>**NOTICE**<br><br>**OF**<br><br>**APPEAL** |

James Wright Porter, Debtor/Defendant, appeals under 28 U.S.C. § 158(a)(1) from the **JUDGMENT OF NONDISCHARGEABILITY** and from the **ORDER DENYING JUDGMENT ON THE PLEADINGS AND GRANTING MOTION FOR SUMMARY JUDGMENT** of the Bankruptcy Judge entered in this adversary proceeding on the 28th day of September, 2007.

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Nathan Johnson
407 West 8th Avenue
Webster SD 57274-1227

Robert D. Johnson
P.O. Box 637
Webster, SD 57274-0637

Northland Auto Center Inc.
PO Box 637
Webster SD 57274-0637

James Wright Porter
2350 Miotke Road
Grenville SD 57239

Dated:   October 5, 2007

Thomas M. Engel
Attorney for Plaintiffs
P.O. Box 160
Pierre SD 57501-0160
Telephone: 605-224-8803

William E. Coester
Attorney for Debtor/Defendant
P.O. Box 66
Milbank SD 57252-0066
Telephone: 605-432-5544

_____
William E. Coester
Attorney for Appellant
P.O. Box 66
Milbank SD 57252-0066
Telephone: 605-432-5544

```
MIME-Version:1.0
From:BKECF_LiveDB@sdb.uscourts.gov
To:courtmail@sdblei.sdb.circ8.dcn
Bcc: drm@magt.com, tme@magt.com, william@coester.com
Message-Id:<1319930@sdb.uscourts.gov>
Subject:07-01004 Notice of Appeal
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

## South Dakota

Notice of Electronic Filing

The following transaction was received from Coester, William E. entered on 10/5/2007 at 11:11 AM CDT and filed on 10/5/2007

**Case Name:** Johnson et al v. Porter
**Case Number:** 07-01004
**Document Number:** 21

**Docket Text:**
Notice of Appeal to District Court (related document(s)[20] Judgment, [19] Order on Judgment on Pleadings, Order on Motion For Summary Judgment) filed by James Wright Porter. Appellant Designation due by 10/15/2007. (Coester, William E.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\Bills-desk\bill's docs\PORTER-5002\JOHNSON\APPEAL\NOTICE OF APPEAL.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=987020185 [Date=10/5/2007] [FileNumber=1319928-0]
[2a4c76613ec04691efb955d086a42117a518edac7d67b6433c821b6a121ebafccd90
e639e6edd6bb95aa338a44742f03a79c9bc95e8ff724749b36291840436d]]

**07-01004 Notice will be electronically mailed to:**

William E. Coester    william@coester.com

Timothy M. Engel    tme@magt.com, drm@magt.com

**07-01004 Notice will not be electronically mailed to:**